**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Mary George<br>Probation Officer: Nicole D. Peterson | Date:  April 2, 2015 |

Criminal Action No.: 14-cr-00156-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Jeremy S. Sibert |
| Plaintiff, | |
| v. | |
| DOMINIC MILLER, | Matthew K. Belcher |
| Defendant. | |

**SENTENCING MINUTES**

**10:02 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Preliminary comments by the Court.

**Change of Plea Hearing: January 9, 2015.**

**Defendant plead guilty to Counts One and Three of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:    Defendant's Motion for a Variant Sentence Pursuant To 18
U.S.C.§3553(A) [Filed 3/19/15; Doc. No. 33] is DENIED.**

*14-cr-00156-JLK*
*Sentencing*
*April 2, 2015*

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of 46 months, and as to Count Three to a term of imprisonment of 5 years.  The term in Count Three shall be served consecutive to the term in Count One.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a total period of **5 years**.  This term consists of 3 years as to Count One and 5 years as to Count Three, such terms to run concurrently.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.  The Probation Department is authorized to place the Defendant into a halfway house or community Corrections facility upon his release from imprisonment for a period not exceeding 120 days so as to assure that the Defendant has food, housing, and access to care whil in the process of securing housing and employment.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not use any medications or controlled substances except under the direct supervision of a licensed physician and shall submit to such drug testing as directed by the Probation Officer.  or poillegally possess controlled substances.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) Defendant shall refrain under any and all circumstances from associating with, communicating with, or having any contact with any gang members, shall not participate in any gang activity, and shall not display any gang paraphernalia or identifying articles of clothing or adornment.
- (X) Defendant shall paricipate fully in whatever mental health, substance abuse, general education and job training programs and treatment are directed by the Probation Officer for as long as directed, and shall attend all meetings, comply with all medical prescriptions, and submit to all tests required by any such programs.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

*14-cr-00156-JLK*
*Sentencing*
*April 2, 2015*

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 200.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:53 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 51 minutes.